IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN RE: CROP PROTECTION PRODUCTS LOYALTY
PROGRAM ANTITRUST LITIGATION                Case No. 1:23md3062

# NOTICE OF HEARING

**TAKE NOTICE** that a proceeding in this case has been **set** as indicated below and will include <u>any related case</u> in which this notice is filed:

| | |
|---|---|
| PLACE: | Hiram H. Ward Bldg.<br>251 N. Main St.<br>Winston-Salem, NC |
| COURTROOM NO: | 1 |
| DATE & TIME: | **April 6, 2023 at 10:00 a.m.** |
| PROCEEDING: | Status Conference. |

John S. Brubaker, Clerk

By: /s/ <u>Gloria L. Powell</u>, Chief Deputy Clerk

Date: February 17, 2023

TO: ALL COUNSEL OF RECORD